JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOAIZA and BEVERLY LOAIZA, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-00445-JLS(JDEx)<br><br>**ORDER DISMISSING WITH PREJUDICE PURSUANT TO FRCP Rule 41(a)(1) (Doc. 24)** |

**IT IS HEREBY ORDERED** that, pursuant to the terms of the parties' settlement agreement, this matter is dismissed with prejudice.

**IT IS SO ORDERED**

Date: September 16, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE